# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYRA IVY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE DEPARTMENT OFFICERS,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01072-ADA-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD IN FORMA PAUPERIS APPLICATION |

Plaintiff Kyra Ivy ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. While the Plaintiff at one point in the complaint proffers she is indigent and does not have the funds to pay, the Plaintiff is required to complete such application to proceed without payment. The Court additionally notes that the complaint is based on an allegation that police officers seized $35,000.00 in cash from Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application to Plaintiff;

2. Within twenty-one (21) days of the date of service of this order, Plaintiff shall either (1) submit the attached application to proceed *in forma pauperis*, completed

1

and signed, or (2) pay the $402.00 filing fee for this action;

3. No requests for extensions will be granted without a showing of good cause; and

4. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **July 19, 2023**

UNITED STATES MAGISTRATE JUDGE

2