1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KYRA IVY, | Case No. 1:23-cv-01072-ADA-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION OR PAY FILING FEE |
| v. | |
| FRESNO POLICE DEPARTMENT OFFICERS, | (ECF No. 5) |
| Defendant. | |

Plaintiff Kyra Ivy ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff did not initially pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  On July 19, 2023, the Court ordered Plaintiff to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  On July 31, 2023, Plaintiff filed an application to proceed *in forma pauperis*.  (ECF No. 5.)

Based on the Court's review, Plaintiff's application does not contain sufficient information for the Court to determine if she is entitled to proceed in this action without prepayment of fees.  Specifically, Plaintiff claims: no employment; no gifts or inheritances; no money from any other sources; to have $0.00 in cash or money in a bank account; to not own any automobile or anything of any value; to have no expenses due to living with family members; and

1

1  to have no debts or financial obligations.  The Court additionally notes that the complaint is based

2  on an allegation that police officers seized $35,000.00 in cash from Plaintiff.

3    Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

4  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

5  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

6  full.  Plaintiff shall provide accurate estimates in response to the questions in the application.  For

7  example, Plaintiff may include the amounts of money received from family members for living

8  expenses, whether considered a gift or otherwise.

9    Based upon the foregoing, it is HEREBY ORDERED that:

10  1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is DENIED

11    without prejudice;

12  2.    The Clerk of the Court is directed to forward an Application to Proceed in District

13    Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

14  3.    Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1)

15    pay the $402.00 filing fee for this action, or (2) complete and file the enclosed

16    Application to Proceed in District Court Without Prepaying Fees or Costs (Long

17    Form) – AO 239; and

18  4.    If Plaintiff fails to comply with this order, this action shall be dismissed for failure

19    to pay the filing fee, failure to comply with a court order, and failure to prosecute.

20

21  IT IS SO ORDERED.

22  Dated:   **August 1, 2023**    _____

23    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28